## United States Bankruptcy Court
### Northern District of Ohio

In re: **Kenneth W Gibson**
**Sheila A Gibson**
Debtor(s)

Case No.
Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Kenneth W Gibson**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Sheila A Gibson**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **October 5, 2018** Signature **/s/ Kenneth W Gibson**
**Kenneth W Gibson**
Debtor

Date **October 5, 2018** Signature **/s/ Sheila A Gibson**
**Sheila A Gibson**
Joint Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

American Pavements, Inc.
7475 Montgomery Dr.
Plain City , OH 43064
(614) 873-2191

Kenneth Gibson
3517 Antisdale Avenue
Cleveland Heights, OH 44118

Check Number: 2324
Pay Date: 10/5/2018
Pay Period: 9/23/2018 - 9/29/2018

Employee ID: G9883

## CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| Adj SalPro | | | ($0.01) |
| Per Diem | | | $50.00 |
| Salary | 40 | $26.16 | $1,046.52 |
| **TOTAL** | **40** | | **$1,096.51** |

## YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| Adj SalPro | | ($0.03) |
| Holiday | 8 | $209.30 |
| Per Diem | | $125.00 |
| Salary | 112 | $2,930.26 |
| **TOTAL** | **120** | **$3,264.53** |

## TAXES & DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **Federal** | **$142.93** | **$428.79** |
| - Federal Income Tax | $62.87 | $188.61 |
| - Social Security | $64.89 | $194.67 |
| - Medicare | $15.17 | $45.51 |
| **State** | **$29.08** | **$87.24** |
| - Ohio | $29.08 | $87.24 |
| **Local** | **$23.55** | **$70.65** |
| - CLVLNDHGHT | $23.55 | $70.65 |
| **TOTAL** | **$195.56** | **$586.68** |

## FRINGES (* Notes Taxable )

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **TOTAL** | **$0.00** | **$0.00** |

| American Pavements, Inc. | | Check Number: | 2324 |
| 7475 Montgomery Dr. | | Pay Date: | 10/5/2018 |
| Plain City, OH 43064 | | Pay Period: | 9/23/2018 - 9/29/2018 |
| (614) 873-2191 | | | |
| Kenneth Gibson | | Employee ID: | G9883 |
| 3517 Antisdale Avenue | | | |
| Cleveland Heights, OH 44118 | | | |

| NET PAY | | $900.95 |
|---|---|---|
| Account Number | Account Type | Amount |
| **2862 | Checking | $900.95 |

American Pavements, Inc.
7475 Montgomery Dr.
Plain City, OH 43064
(614) 873-2191

**Check Number:** 2245
**Pay Date:** 9/28/2018
**Pay Period:** 9/16/2018 - 9/22/2018

Kenneth Gibson
3517 Antisdale Avenue
Cleveland Heights, OH 44118

**Employee ID:** G9883

## CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| Adj SalPro | | | -$0.01 |
| Per Diem | | | $75.00 |
| Salary | 40 | $26.16 | $1,046.52 |
| **TOTAL** | **40.00** | | **$1,121.51** |

## YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| Adj SalPro | | -$0.02 |
| Holiday | 8 | $209.30 |
| Per Diem | | $75.00 |
| Salary | 72 | $1,883.74 |
| **TOTAL** | **80.00** | **$2,168.02** |

| TAXES & DEDUCTIONS | | | FRINGES | | (* Notes Taxable) |
|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD |
| Federal | $142.93 | $285.86 | TOTAL | $0.00 | $0.00 |
| Federal Income Tax | $62.87 | $125.74 | | | |
| Social Security | $64.89 | $129.78 | | | |
| Medicare | $15.17 | $30.34 | | | |
| State | $29.08 | $58.16 | | | |
| Ohio | $29.08 | $58.16 | | | |
| Local | $23.55 | $47.10 | | | |
| CLVLNDHGHT | $23.55 | $47.10 | | | |
| **TOTAL** | **$195.56** | **$391.12** | | | |

## NET PAY $925.95

| Account Number | Account Type | Amount |
|---|---|---|
| **2862 | Checking | $925.95 |

📶 Verizon 9:33 AM
🔒 payroll.ascentis.com ⟳

**Earnings Statement**

RIGHT AT SCHOOL
622 DAVIS STREET
SUITE 200
EVANSTON, IL 60201
(855) 287-2466

| | | |
|---|---|---|
| Sheila Annette Gibson<br>3517 ANTISDALE AVE, Apt.<br>CLEVELAND HEIGHTS OH 44118 | Check No. 30896<br>Check Date 09/28/2018<br>Pay Period 09/09 to 09/22/18<br>Employee No. 10844<br>Pay Basis Hourly Non-Exempt | Tax Withholding Info:<br>Fed M, 2<br>OH 2 |

### Pay Stub Summary

| | Gross Pay | Less Taxes | Less Deductions | Net Pay |
|---|---|---|---|---|
| Current | 641.70 | 56.99 | | 584.71 |
| Y-T-D | 10,380.28 | 1,034.68 | | 9,345.60 |

### Net Pay Distribution

| | |
|---|---|
| Direct Deposit | |
| Checking #***********2862 | 584.71 |
| **Total Current Net Pay** | **584.71** |

The net amount is 100% direct deposit.

### Available Balances

No data is available at this time.

### Earnings

| | Hours | Rate | Current | Y-T-D |
|---|---|---|---|---|
| REG PAY | 41.40 | 15.5000 | 641.70 | 10,380.28 |
| **Total Earnings** | 41.40 | | 641.70 | 10,380.28 |

### Taxes

| | Current | Y-T-D |
|---|---|---|
| Federal | | |
|   Federal Income Tax | | 88.59 |
|   Social Security | 39.79 | 643.58 |
|   Medicare | 9.30 | 150.51 |
| State - OH | | |
|   State Income Tax-OH | 7.90 | 152.00 |
| **Total Employee Taxes** | **56.99** | **1,034.68** |

Cleveland Heights/University Heights　　　　　　　　　　　　　　　　　　　　GIBSON, SHEILA A

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| HOURLY | 45.00 | 316.81 | MEDICARE | 4.59 | 9.30 | 4.59 | 641.82 |
|  |  |  | OHIO TAX | 1.97 | 4.02 | .00 |  |
|  |  |  | CLEVEHTS | 7.13 | 14.44 | .00 | Current Earnings |
|  |  |  | SERS | 19.01 | 38.51 | .00 |  |
|  |  |  | SERS BOE | .00 | .00 | 44.35 | 316.81 |
|  |  |  | SERS | .00 | .00 | 12.67 |  |
|  |  |  | OAPSE 102 | 35.13 | 35.13 | .00 | Current Net |
|  |  |  | 102LCDUE | 5.00 | 5.00 | .00 |  |
|  |  |  | DDEP | 243.98 | 535.42 | .00 | 243.98 |
|  |  |  |  |  |  |  | Pay Period Ending |
|  | 45.00 | 316.81 |  |  |  |  | 09/15/18 |
| Leave | Balance | Taken YTD |  |  |  |  | Pay Date |
| SICK | 696.58 | .00 |  |  |  |  |  |
| PERSONAL | 10.50 | .00 |  |  |  |  | 09/28/18 |
| OTHER | .00 | .00 |  |  |  |  | Stub No |
|  |  |  | Total | 316.81 | 641.82 | 61.61 | V983754 |

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

**Cleveland Heights/University Heights**　　　PNC Bank, N.A. 070　　　　　　　　　　　　　**V983754**
Board of Education　　　　　　　　　　　　　　Ashland, OH　　　　　　　　　　　　　　　　56-389/412
2155 Miramar Boulevard　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date
University Heights, OH 44118　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　09/28/18

```
DEPOSIT     037
TO THE
ACCOUNT     SHEILA A GIBSON
OF          3517 ANTISDALE
            CLEVELAND HEIGHTS OH 44118
```

## ** NON-NEGOTIABLE **

Cleveland Heights/University Heights
Board of Education
2155 Miramar Boulevard
University Heights, OH 44118

```
            037
            SHEILA A GIBSON
            3517 ANTISDALE
            CLEVELAND HEIGHTS OH 44118
```

# Earnings Statement

**RIGHT AT SCHOOL**
622 DAVIS STREET
SUITE 200
EVANSTON, IL 60201
(855) 287-2466

Sheila Annette Gibson
3517 ANTISDALE AVE, Apt.
CLEVELAND HEIGHTS OH 44118

| | |
|---|---|
| Check No. | 30007 |
| Check Date | 09/14/2018 |
| Pay Period | 08/26 to 09/08/18 |
| Employee No. | 10844 |
| Pay Basis | Hourly Non-Exempt |

Tax Withholding Info:
Fed  M, 2
OH   2

## Pay Stub Summary

| | Gross Pay | Less Taxes | Less Deductions | Net Pay |
|---|---|---|---|---|
| Current | 560.79 | 48.91 | | 511.88 |
| Y-T-D | 9,738.58 | 977.69 | | 8,760.89 |

### Net Pay Distribution

| | |
|---|---|
| Direct Deposit | |
| Checking #*************2862 | 511.88 |
| **Total Current Net Pay** | **511.88** |

The net amount is 100% direct deposit.

### Available Balances

No data is available at this time.

## Earnings

| | Hours | Rate | Current | Y-T-D |
|---|---|---|---|---|
| REG PAY | 36.18 | 15.5000 | 560.79 | 9,738.58 |
| **Total Earnings** | **36.18** | | **560.79** | **9,738.58** |

## Taxes

| | Current | Y-T-D |
|---|---|---|
| Federal | | |
|   Federal Income Tax | | 88.59 |
|   Social Security | 34.77 | 603.79 |
|   Medicare | 8.13 | 141.21 |
| State - OH | | |
|   State Income Tax-OH | 6.01 | 144.10 |
| **Total Employee Taxes** | **48.91** | **977.69** |

Cleveland Heights/University Heights　　　　　　　　　　　　　　　　　　　GIBSON, SHEILA A

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| HOURLY | 23.50 | 325.01 | MEDICARE | 4.71 | 4.71 | 4.71 | 325.01 |
|  |  |  | OHIO TAX | 2.05 | 2.05 | .00 | *Current Earnings* |
|  |  |  | CLEVEHTS | 7.31 | 7.31 | .00 | 325.01 |
|  |  |  | SERS | 19.50 | 19.50 | .00 | *Current Net* |
|  |  |  | SERS BOE | .00 | .00 | 45.50 | 291.44 |
|  |  |  | SERS | .00 | .00 | 13.00 | *Pay Period Ending* |
|  |  |  | DDEP | 291.44 | 291.44 | .00 | 09/01/18 |
|  | 23.50 | 325.01 |  |  |  |  | *Pay Date* |
| *Leave* | *Balance* | *Taken YTD* |  |  |  |  | 09/14/18 |
| SICK | 676.77 | .00 |  |  |  |  | *Stub No* |
| PERSONAL | 27.50 | .00 |  |  |  |  |  |
| OTHER | .00 | .00 |  |  |  |  | V982819 |
|  |  |  | Total | 325.01 | 325.01 | 63.21 |  |

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

**Cleveland Heights/University Heights**
Board of Education
2155 Miramar Boulevard
University Heights, OH 44118

PNC Bank, N.A. 070
Ashland, OH

**V982819**
56-389/412
*Date*
09/14/18

DEPOSIT TO THE ACCOUNT OF
037
SHEILA A GIBSON
3517 ANTISDALE
CLEVELAND HEIGHTS OH 44118

**\*\* NON-NEGOTIABLE \*\***

```
Cleveland Heights/University Heights
Board of Education
2155 Miramar Boulevard
University Heights, OH 44118


                    037
                    SHEILA A GIBSON
                    3517 ANTISDALE
                    CLEVELAND HEIGHTS OH 44118
```

# Earnings Statement

**RIGHT AT SCHOOL**
622 DAVIS STREET
SUITE 200
EVANSTON, IL 60201
(855) 287-2466

| | | |
|---|---|---|
| Sheila Annette Gibson<br>3517 ANTISDALE AVE, Apt.<br>CLEVELAND HEIGHTS OH 44118 | Check No. 29264<br>Check Date 08/31/2018<br>Pay Period 08/12 to 08/25/18<br>Employee No. 10844<br>Pay Basis Hourly Non-Exempt | Tax Withholding Info:<br>Fed M, 2<br>OH 2 |

## Pay Stub Summary

| | Gross Pay | Less Taxes | Less Deductions | Net Pay |
|---|---|---|---|---|
| Current | 556.45 | 48.49 | | 507.96 |
| Y-T-D | 9,177.79 | 928.78 | | 8,249.01 |

## Net Pay Distribution

| | |
|---|---|
| Direct Deposit | |
| Checking #*************2862 | 507.96 |
| Total Current Net Pay | 507.96 |

The net amount is 100% direct deposit.

## Available Balances

No data is available at this time.

## Earnings

| | Hours | Rate | Current | Y-T-D |
|---|---|---|---|---|
| REG PAY | 35.90 | 15.5000 | 556.45 | 9,177.79 |
| Total Earnings | 35.90 | | 556.45 | 9,177.79 |

## Taxes

| | Current | Y-T-D |
|---|---|---|
| **Federal** | | |
| Federal Income Tax | | 88.59 |
| Social Security | 34.50 | 569.02 |
| Medicare | 8.07 | 133.08 |
| **State - OH** | | |
| State Income Tax-OH | 5.92 | 138.09 |
| Total Employee Taxes | 48.49 | 928.78 |