```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                      Case No. 18-15976-jps
Kenneth W. Gibson                                           Chapter 7
Sheila A. Gibson
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0647-1          User: admin            Page 1 of 1         Date Rcvd: Dec 24, 2018
                              Form ID: 202           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 26, 2018.
db/db         +Kenneth W. Gibson,    Sheila A. Gibson,    3517 Antisdale Avenue,    Cleveland, OH 44118-2261

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 24, 2018 at the address(es) listed below:
              Philip R. Fine    on behalf of Debtor Kenneth W. Gibson pfine333@aol.com
              Philip R. Fine    on behalf of Debtor Sheila A. Gibson pfine333@aol.com
              Sarah E. Barngrover    on behalf of Creditor    Bank of America, N.A. amps@manleydeas.com
              Sheldon Stein    ssteindocs@gmail.com,
               sstein@ecf.epiqsystems.com;sheldon@steintrustee.com;kristine@steintrustee.com
              Stephen R. Franks    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Loan Obligation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series 2007-WF1
               amps@manleydeas.com
              Stephen R. Franks    on behalf of Creditor    Bank of America, N.A. amps@manleydeas.com
              Stephen R. Franks    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
                                                                                             TOTAL: 7

**Case No. 18−15976−jps**

**In re:**

| | |
|---|---|
| Kenneth W. Gibson<br>3517 Antisdale Avenue<br>Cleveland, OH 44118 | Sheila A. Gibson<br>3517 Antisdale Avenue<br>Cleveland, OH 44118 |

**Social Security No.:**

xxx−xx−9883                                                xxx−xx−0122

## NOTICE OF DOCUMENT TO BE FILED – CERTIFICATION
## ABOUT A FINANCIAL MANAGEMENT COURSE

Pursuant to Federal Rules of Bankruptcy Procedure 1007(b)(7) and 1007(c), unless an approved provider of an instructional course concerning personal financial management has notified the court that the debtor has completed the course after filing the petition, the debtor(s) in the above captioned case must file a statement of completion of a course concerning personal financial management, prepared as prescribed by the appropriate Official Form, within 60 days of the first date set for the Meeting of Creditors.

Failure to submit such certification by this date may result in this case being closed without discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of a statement of completion of a course concerning personal financial management, the debtor(s) must pay the full filing fee due for filing such a motion.

**Dated:** December 24, 2018
Form ohnb202

For the Court
Teresa D. Underwood, Clerk